**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 12-cr-00180-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SEAN DUBOSE,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that a status/scheduling hearing regarding Defendant Dubose is set **Tuesday, May 29, 2012 at 11:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.




Dated:  May 4, 2012

_____